UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
VW Credit Leasing, LTD.

**Order Filed on March 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Jennifer A. Ocampo,

Debtor.

Case No.: 16-20364-KCF

Adv. No.:

Hearing Date: 3/8/2017 @ 9:00 a.m..

Judge: Kathryn C. Ferguson

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: March 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Jennifer A. Ocampo
Case No:  16-20364-KCF
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, VW Credit Leasing, LTD., Denise Carlon appearing, upon a motion to vacate the automatic stay as to a 2016 Audi A7, VIN WAUWGAFC4GN021814, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Karen Bezner, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 6, 2017, Debtor is due for the installment due February 12, 2017 less $330.00 in suspense for a total default of $885.00 (1 x $1,215.00 less suspense balance of $330.00); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $885.00 will be paid in a lump sum no later than March 31, 2017; and

It is further **ORDERED, ADJUDGED and DECREED** that regular lease installment payments are to resume March 12, 2017, directly to Secured Creditor outside of the plan; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the regular monthly installment payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Jennifer A. Ocampo  
       Debtor

Case No. 16-20364-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 15, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.  
db            +Jennifer A. Ocampo,    21 Spencer Avenue,    Colonia, NJ 07067-1139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2017 at the address(es) listed below:  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Karen E. Bezner    on behalf of Debtor Jennifer A. Ocampo Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
                                                                                         TOTAL: 5