Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−20364−KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer A. Ocampo
   aka Jennifer A Ocampo−Guzman
   21 Spencer Avenue
   Colonia, NJ 07067

Social Security No.:
   xxx−xx−0911

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/23/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 23, 2017
JAN: ckk

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 16-20364-KCF
Jennifer A. Ocampo                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: May 23, 2017
                              Form ID: 148             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2017.
db         +Jennifer A. Ocampo,    21 Spencer Avenue,    Colonia, NJ 07067-1139
cr         +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
             Mt. Laurel, NJ 08054-3437
516202970  +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
516202978  +Capital One Bank/Lord & Taylor,    PO Box 30253,    Salt Lake City, UT 84130-0253
516430843   Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
             Kirkland, WA 98083-0657
516343022  +Midland Funding, LLC,    P.O. Box 2011,    Warren, MI 48090-2011
516202985   New York City c/o NYS Dept. Taxation,    PO Box 5300 Bankruptcy Section,    Albany, NY 12205-0300
516202986   New York State Dept. Taxation,    PO Box 5300 Bankruptcy Section,    Albany, NY 12205-0300
516202987  +Paul Michael Marketing,    15916 Union Tpk Ste 302,    Fresh Meadows, NY 11366-1955
516219620  +Simon's Agency Inc.,    PO Box 5026,    Syracuse, NY 13220-5026
516441354  +VW Credit Leasing, Ltd,    c/o VW Credit, Inc.,    P.O. Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 23 2017 22:31:07    U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2017 22:31:06    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516202972   EDI: BANKAMER.COM May 23 2017 22:13:00     Bank of America,    PO Box 982238,
             El Paso, TX 79998
516393805   EDI: BANKAMER.COM May 23 2017 22:13:00     BANK OF AMERICA, N.A.,    BANK OF AMERICA, N.A.,
             PO BOX 31785,    TAMPA FL 33631-3785
516431461  +EDI: BANKAMER.COM May 23 2017 22:13:00     Bank of America, N.A.,    P.O. Box 31785,
             Tampa, FL 33631-3785
516202975   EDI: CAPITALONE.COM May 23 2017 22:13:00     Capital One Bank USA,    15000 Capital One Dr,
             Henrico, VA 23238
516291485   EDI: CAPITALONE.COM May 23 2017 22:13:00     Capital One Bank (USA), N.A.,    PO Box 71083,
             Charlotte, NC 28272-1083
516202973  +EDI: CAPITALONE.COM May 23 2017 22:13:00     Capital One Bank NA,    PO Box 26625,
             Richmond, VA 23261-6625
516202974   EDI: CAPITALONE.COM May 23 2017 22:13:00     Capital One Bank USA,    1500 Capital One Dr,
             Henrico, VA 23238
516392436   EDI: BL-BECKET.COM May 23 2017 22:13:00     Capital One NA,    c/o Becket and Lee LLP,
             PO Box 3001,    Malvern PA 19355-0701
516436874  +EDI: BASSASSOC.COM May 23 2017 22:13:00     Cavalry SPV I, LLC,    c/o Bass & Associates, P.C.,
             3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516202979  +EDI: WFNNB.COM May 23 2017 22:13:00    Comenity Bank,    PO Box 182789,
             Columbus, OH 43218-2789
516202980   EDI: IRS.COM May 23 2017 22:13:00    IRS,    Kansas City, MO 64999-0002
516202983  +EDI: CBSKOHLS.COM May 23 2017 22:13:00     Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
             Menomonee Falls, WI 53051-5660
516202984  +EDI: TSYS2.COM May 23 2017 22:13:00    Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
516314026   EDI: Q3G.COM May 23 2017 22:13:00    Quantum3 Group LLC as agent for,    Comenity Bank,
             PO Box 788,   Kirkland, WA 98083-0788
516202988  +E-mail/Text: clientservices@simonsagency.com May 23 2017 22:31:40     Simons Agency Inc,
             4963 Wintersweet Dr,    Liverpool, NY 13088-2176
516202989  +EDI: RMSC.COM May 23 2017 22:13:00    Synchrony Bank/JC Penney,    PO Box 965007,
             Orlando, FL 32896-5007
516202990  +EDI: RMSC.COM May 23 2017 22:13:00    Synchrony Bank/Polaris,    PO Box 6153,
             Rapid City, SD 57709-6153
516202991  +EDI: RMSC.COM May 23 2017 22:13:00    Synchrony Bank/Sams Club,    PO Box 965005,
             Orlando, FL 32896-5005
516202992  +EDI: RMSC.COM May 23 2017 22:13:00    Synchrony Banl/Lenscrafters,    PO Box 965036,
             Orlando, FL 32896-5036
516202993  +E-mail/Text: vci.bkcy@vwcredit.com May 23 2017 22:31:14     VW Credit Inc,    1401 Franklin Blvd,
             Libertyville, IL 60048-4460
516202995  +EDI: WFFC.COM May 23 2017 22:13:00    WFFNB,    PO Box 94498,    Las Vegas, NV 89193-4498
516329161   EDI: WFFC.COM May 23 2017 22:13:00    Wells Fargo Bank NA,    PO Box 10438,
             Des Moines   IA    50306-0438
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516202971* +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
516202976* ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank USA,     15000 Capital One Dr,    Henrico, VA 23238)
516202977* ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank USA,     15000 Capital One Dr,    Henrico, VA 23238)
516202981* ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: IRS,    Kansas City, MO 64999-0002)

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: May 23, 2017
                              Form ID: 148               Total Noticed: 35


             ***** BYPASSED RECIPIENTS (continued) *****
516202982*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   IRS,   Kansas City, MO 64999-0002)
516237696*      Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
516786295*     +VW Credit Leasing, Ltd,   c/o VW Credit, Inc.,   PO Box 9013,   Addison, Texas 75001-9013
516202994*     +VW Credit, Inc.,   1401 Franklin Blvd,   Libertyville, IL 60048-4460
                                                                                TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    on behalf of Debtor Jennifer A. Ocampo Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
                                                                                             TOTAL: 5
```